FILED

06 OCT 11 AM 9:59

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALI...

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUYET TRAN GONZALEZ,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>PROCTOR AND GAMBLE COMPANY, an Ohio Corporation<br><br>　　　　　　　　　　Defendant. | CASE NO. 06 CV 0869 H (WMc)<br><br>**ORDER** |

On October 10, 2006, the Court convened a Case Management Conference in the above-entitled action. James Hartley appeared for Plaintiff. Appearing for Defendant were James Poth and Hugh Whiting.

IT IS HEREBY ORDERED:

1. A <u>telephonic</u> Status Conference shall be held on **October 25, 2006 at 9:30 a.m. Plaintiff's counsel is ordered to contact defense counsel and make a joint call to the Court at (619) 557-6624.**

2. A Settlement Conference shall be conducted on *December 11, 2006, at 9:30 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. Counsel shall submit settlement briefs **directly to chambers no later than December 4, 2006.** The briefs shall set forth the party's statement of the case and the party's settlement position. Settlement Conference briefs shall not exceed ten (10) pages in length. All parties and claims adjusters for insured defendants and representatives with complete authority to enter into a binding settlement, as well as the principal attorney (s) responsible for the

1  litigation, must be present and legally and factually prepared to discuss and resolve the case at the
2  Settlement Conference.

3      3. The hearing on Plaintiff's motion for class certification **shall be _heard_ on March 26, 2007
4  at 10:30 a.m.** in front of Judge Marilyn L. Huff. The time for filing any motion, opposition or reply
5  with respect to class certification shall be governed by Civil Local Rule 7.1.

6      IT IS SO ORDERED.

8  Date:  October 10, 2006

                                  William McCurine, Jr.
                                  United States Magistrate Judge

10  COPY TO:

11  HONORABLE MARILYN L. HUFF
12  U.S. DISTRICT JUDGE

13  ALL PARTIES AND COUNSEL OF RECORD