ORIGINAL

FILED

2006 OCT 11  AM 11: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  James L. Poth (Cal. Bar No. 185042)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, California 92614-8505
3  Telephone:    949-553-7586
   Facsimile: 949-553-7539
4  Email: jlpoth@joneday.com

5  Hugh R. Whiting
   JONES DAY
6  717 Texas, Suite 3300
   Houston, Texas 77002
7  Telephone: 832-239-3939
   Facsimile: 832-239-3600
8  Email: hrwhiting@jonesday.com

9  Harold P. Weinberger
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
10 1177 Avenue of the Americas
   New York, New York 10036
11 Telephone: 212-715-9120
   Facsimile: 212-715-9518
12 Email: hweinberger@kramerlevin.com

13 Counsel for Defendant
   THE PROCTER & GAMBLE COMPANY
14

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUYET TRAN GONZALEZ<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTOR & GAMBLE COMPANY,<br><br>Defendant. | Case No. <u>06-CV-0869H (WMc)</u><br><br>**STIPULATION TO EXTEND THE TIME FOR THE PROCTER & GAMBLE COMPANY'S ANSWER TO THE SECOND AMENDED COMPLAINT; AND [PROPOSED] ORDER** |

LAI-2261407v1

06CV0869

STIPULATION TO EXTEND TIME FOR ANSWER TO SAC

On September 15, 2006, Plaintiff filed a Second Amended Complaint ("SAC"). Defendant's response is currently due October 2, 2006. See Fed. R. Civ. P. 15(a), 6(a) and 6(e). Defendant is in the process of preparing its Answer to the SAC, but seeks more time, so that it is able to consult all the necessary individuals within the organization, verify information and narrow the number of instances in which it lacks sufficient information to admit or deny averments.

Accordingly, Plaintiff and Defendant hereby stipulate as follows: Defendant's Answer to the SAC shall be due on or before October 10, 2006.

Pursuant to Local Rule 12.1, the parties respectfully request that the Court enter the accompanying Proposed Order.

Respectfully submitted,

Dated: September 29, 2006

ROSS, DIXON & BELL

By: _____
Jason Hartley
Attorneys for Plaintiff
TUYET TRAN GONZALEZ

Dated: September 28, 2006

JONES DAY

By: _____
James L. Poth
Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

LAI-2261407v1                                1                                06CV0869

STIPULATION TO EXTEND TIME FOR ANSWER TO SAC

## [PROPOSED] ORDER

The Court, upon having considered the above Stipulation, and upon good cause shown, hereby orders that:

Defendant The Procter & Gamble Company shall file its Answer to Plaintiff's Second Amended Complaint on or before October 10, 2006.

**IT IS SO ORDERED:**

Dated: 10/10/06

By: _____
The Honorable Marilyn L. Huff
United States District Judge

LAI-2261407v1

PROPOSED ORDER

06CV0869