# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUYET TRAN GONZALEZ, | CASE NO. 06 CV 0869 WQH (WMc) |
| Plaintiff, | **ORDER VACATING MANDATORY SETTLEMENT CONFERENCE AND SETTING TELEPHONIC STATUS CONFERENCE** |
| vs. | |
| PROCTOR AND GAMBLE COMPANY, an Ohio Corporation | |
| Defendant. | |

The Court has received the parties' joint request to continue the Mandatory Settlement Conference currently scheduled for January 10, 2008.  Good cause appearing, the request is **GRANTED**.  The Mandatory Settlement Conference is **VACATED** pending further notice of the Court.  The Court will, however, hold a *telephonic* Status Conference in the above-entitled matter on **January 10, 2008 at 2:00 p.m.**  Attorney Hartley shall initiate the joint conference call with the Court on the day and at the time listed above.  The Court can be contacted at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: January 2, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

cc: Honorable Judge William Q. Hayes, United States District Judge
      All Counsel of Record